# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3099
_____

Susan Chanell Ross

*Plaintiff - Appellant*

v.

Dr. Menaka Chandra

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 11, 2025
Filed: March 14, 2025
[Unpublished]

_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Susan Ross appeals following the district court's[1] dismissal of her pro se complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

After careful review, this court finds no basis for reversal.  *See* Mo. Rev. Stat. § 538.225 (affidavit required in action against health care provider for damages on account of rendering or failure to render health care services; court shall dismiss action if plaintiff fails to file affidavit); *Mathison v. United States*, 44 Fed. Appx. 27, 29 (8th Cir. 2002) (unpublished per curiam) (failure to comply with affidavit requirement excusable only where defendant's liability can be established without expert testimony; plaintiff's claims of dental malpractice required expert affidavit).

The judgment is affirmed.  *See* 8th Cir. R. 47B.

_____